Richard G. McCracken, SBN 2748
McCRACKEN, STEMERMAN & HOLSBERRY
1630 S. Commerce Street
Las Vegas, NV 89102
Telephone:     (702) 386-5107
FAX:           (702) 386-9848
E-Mail: rmccracken@dcbsf.com

- and –

Anton Hajjar (Pro Hac Vice pending)
O'DONNELL, SCHWARTZ & ANDERSON, P.C.
1300 L Street, N.W., Suite 1200
Washington, DC 20005
Telephone: (202) 898-1707
FAX: (202) 682-9276
E-Mail: ahajjar@odsalaw.com

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSEMARY GARITY,<br><br>Plaintiff<br><br>vs.<br><br>APWU-AFL-CIO, APWU LOCAL #7156<br><br>Defendant. | CASE No. 2:11-cv-01109-PMP-GWF<br><br>ORDER GRANTING MOTION OF DEFENDANT AMERICAN POSTAL WORKERS UNION, AFL-CIO, TO FILE MOTION TO DISMISS ONE DAY OUT OF TIME, AND DENYING PLAINIFF'S MOTION FOR A DEFAULT JUDGMENT |

**O R D E R**

The motion of defendant American Postal Workers Union, AFL-CIO, to file its motion to dismiss one day out of time is granted. The motion of plaintiff Rosemary Garity for a default judgment is denied.

DATE: August 16, 2011.

_____
UNITED STATES JUDGE

Respectfully submitted:

Richard G. McCracken, SBN 2748
McCRACKEN, STEMERMAN & HOLSBERRY

- and –

Anton Hajjar (Pro Hac Vice)
O'DONNELL, SCHWARTZ & ANDERSON, P.C.


By: _/s/ Richard G. McCracken_
    Attorneys for Defendants
    APWU-AFL-CIO and APWU Local #7156