# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

Garity

    Plaintiff,

vs.

APWU, et al.

    Defendant(s).

Case # 11-cv-01109-PMP-GWF

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

EFFECTIVE JUNE 1, 2004
FILING FEE IS $175.00

Anton G. Hajjar, Petitioner, respectfully represents to the Court:

1. That Petitioner resides at Chevy Chase (city) Montgomery (county), Maryland (state).

2. That Petitioner is an attorney at law and a member of the law firm of O'Donnell, Schwartz & Anderson, P.C. with offices at 1300 L Street NW, suite 1200 (street address), Washington (city), 20005 (zip code), (202) 898-1707 (area code + telephone number).

ahajjar@odsalaw.com
*(Email address)*

3. That Petitioner has been retained personally or as a member of the law firm by __American Postal Workers Union Local #7156__ to provide legal representation in connection with
[client(s)]
the above-entitled case now pending before this Court.

4. That since __August 11, 2003__, Petitioner has been and presently is a member
(date)
in good standing of the bar of the highest Court of the State of __District of Columbia__
(state)
where Petitioner regularly practices law.

5. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| see Attachment | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

6. That there are or have been no disciplinary proceedings instituted against Petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

2

7. Has Petitioner ever been denied admission to the State Bar of Nevada?. (If yes, give particulars of every denied admission):

8. That Petitioner is a member of good standing in the following Bar Associations:

Dc Bar Ass'n, Maryland state Bar ass'n. American Bar association.

9. Petitioner or any member of Petitioner's firm (or office if firm has offices in more than one city) with which Petitioner is associated has/have filed application(s) to appear as counsel under Local Rule IA 10-2 during the past three (3) years in the following matters:

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

(If necessary, please attach a statement of additional applications)

10. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

11. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

12. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's Signature

STATE OF _____ )
                         )
COUNTY OF _____ )

____Anton G. Hajjar_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's Signature

Subscribed and sworn to before me this
8th day of August, 2011

_____
Notary public or Clerk of Court

SRIMA KUMARI ALAHAKOON
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires April 30, 2014

### DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ____Richard McCracken____, Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate residence counsel in this action. The address of said designated Nevada counsel is:

| 1630 S.Commerce St., Las Vegas, NV, 89102    (702) 386-5107 |

(Street, City, State, Zip Code and Telephone No.)

4

By this designation the Petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoints _____Richard McCracken_____ as his/her/their Designated Resident Nevada Counsel in this case.

_____
(Party signature)

_____
(Party signature)

_____
(Party signature)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____   _2748_
Designated Resident Nevada Counsel's Signature    Bar number

APPROVED:

Dated: this __ 18th day of August, 2011.

_____
UNITED STATES DISTRICT JUDGE

## BAR AND COURT MEMBERSHIP LIST
## ANTON G. HAJJAR

| COURT | ADMISSION DATE | BAR NO. |
|---|---|---|
| United States Supreme Court | April 14, 1980 | |
| | | |
| **U.S. Courts of Appeals** | | |
| United States Court of Appeals for the District of Columbia Circuit | March 8, 1982 | |
| United States Court of Appeals for the Federal Circuit | July 22, 1983 | |
| United States Court of Appeals for the Second Circuit | February 12, 1991; April 15, 1983 | |
| United States Court of Appeals for the Third Circuit | August 14, 1991 | |
| United States Court of Appeals for the Fourth Circuit | June 28, 1983 | |
| United States Court of Appeals for the Fifth Circuit | October 1, 1981 | |
| United States Court of Appeals for the Sixth Circuit | June 20, 1988 | |
| United States Court of Appeals for the Seventh Circuit | April 23, 1993 | |
| United States Court of Appeals for the Ninth Circuit | July 12, 1983 | |
| United States Court of Appeals for the Tenth Circuit | November 29, 1984 | |
| United States Court of Appeals for the Eleventh Circuit | October 1, 1981 | |
| | | |
| **U.S. District Courts** | | |
| United States District Court for the District of Maryland | June 19, 1987 | 03911 |
| United States District Court for the District of Columbia | January 5, 1987 | 359267 |
| | | |
| **State Courts** | | |
| District of Columbia Court of Appeals | August 11, 2003 | 482673 |
| Court of Appeals of Maryland | January 6, 1987 | 03911 |



# District of Columbia Court of Appeals
## Committee on Admissions
### 430 E Street, N.W. — Room 123
### Washington, D. C. 20001
### 202 / 879-2710

I, JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, do hereby certify that

ANTON G. HAJJAR

was on the  12TH  day of  JANUARY, 1982  duly qualified and admitted as an attorney and counselor and entitled to practice before this Court and is, on the date indicated below, an active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 2, 2011.

JULIO A. CASTILLO
Clerk of the Court

By: _____
Deputy Clerk