UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROSEMARY GARITY,            )<br>                                              )<br>             Plaintiff,            )<br>                                              )<br>  vs.                                       )<br>                                              )<br>APWU-AFL-CIO, APWU LOCAL )<br>#7156                                 )<br>                                              )<br>                                              )<br>             Defendants.        )<br>_____) | 2:11-CV-01109-PMP-CWH<br><br>**ORDER** |

The Court having read and considered Plaintiff's Motion's for Leave to File a Supplemental Pleadings (Doc. #42, #43), and Plaintiff's Motion for Judicial Order that Service of Process has been Effectuated on APWU National and Local (Doc. #47), and Defendants' Responses in Opposition thereto, and good cause appearing,

**IT IS ORDERED that** Plaintiff's Motion's for Leave to File a Supplemental Pleadings (Doc. #42, #43), and Plaintiff's Motion for Judicial Order that Service of Process has been Effectuated on APWU National and Local (Doc. #47) are **DENIED**.

DATED: October 27, 2011.

*[signature: Philip M. Pro]*

_____
PHILIP M. PRO
United States District Judge