UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

ROSEMARY GARITY,

        Plaintiff,

vs.

APWU-AFL-CIO, APWU LOCAL #7156

        Defendants.

2:11-CV-01109-PMP-CWH

**ORDER**

    The Court having read and considered Plaintiff's Motion's for Leave to File a Supplemental Pleadings (Doc. #42, #43), and Plaintiff's Motion for Judicial Order that Service of Process has been Effectuated on APWU National and Local (Doc. #47), and Defendants' Responses in Opposition thereto, and good cause appearing,

    **IT IS ORDERED that** Plaintiff's Motion's for Leave to File a Supplemental Pleadings (Doc. #42, #43), and Plaintiff's Motion for Judicial Order that Service of Process has been Effectuated on APWU National and Local (Doc. #47) are **DENIED**.

DATED: October 27, 2011.

_____
PHILIP M. PRO
United States District Judge