UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROSEMARY GARITY,<br><br>        Plaintiff,<br><br>vs.<br><br>APWU-AFL-CIO, APWU LOCAL #7156,<br><br>        Defendants. | 2:11-CV-01109--PMP-CWH<br><br>**ORDER** |

**IT IS ORDERED that** Plaintiff's Motion to Keep Cases Separated as Originally Filed (Doc. #20) filed August 11, 2011, is **GRANTED**.

**IT IS FURTHER ORDERED that** Defendants' Joint Motion to Consolidate & Opposition to Plaintiff's Motion to Keep Cases Separated (Doc. #22) filed August 16, 2011, is **DENIED**.

**IT IS FURTHER ORDERED that** Plaintiff's Application to the Clerk of Court for Default Judgment (Doc. #36) filed August 22, 2011, is **DENIED**.

DATED: October 27, 2011.

_____
PHILIP M. PRO
United States District Judge