1

2

3

4

5                     UNITED STATES DISTRICT COURT

6                           DISTRICT OF NEVADA

7                                  * * *

8   ROSEMARY GARITY,                    )
                                        )        2:11-CV-01109--PMP-CWH
9              Plaintiff,               )
                                        )
10  vs.                                 )        **ORDER**
                                        )
11  APWU-AFL-CIO, APWU LOCAL            )
    #7156,                              )
12                                      )
                                        )
13             Defendants.              )
                                        )

14

15        This action was commenced on July 6, 2011 by the filing of Plaintiff's

16  Complaint against Defendant APWU-AFL-CIO, the National Labor Organization of

17  the American Postal Workers Union, and APWU Local #7156.

18        In her Complaint Plaintiff asserts claims under 42 U.S.C. § 2000e-2 for:

19  discrimination based on disability (count I), for discrimination based on retaliation

20  (count II), for discrimination based on harassment creating a hostile work

21  environment (count III), for discrimination based on discharge/disciplinary action

22  (count IV), for discrimination based on disparate treatment (count V), for intentional

23  infliction of emotional distress (court VI), and for conspiring to deprive Plaintiff of

24  her civil rights (count VII).

25  ///

26  ///

1    Currently, before the Court are separate motions to dismiss brought

2    respectively by the Defendants' National Union, APWU-AFL-CIO (Doc. #11) and

3    local Defendant APWU Local #7156 (Doc. #15).  The Motions are fully briefed, and

4    a hearing was conducted on the matter on October 14, 2011.

5    Defendant APWU-AFL-CIO ("National Union") argues first that Plaintiff

6    has not lawfully served process on the National Union in compliance with Rule 4 of

7    the Federal Rules of Civil Procedure.  The record before the Court supports  National

8    Union in this regard, and standing alone provides grounds to grant Defendant's

9    Motion to Dismiss (Doc. #11).

10    Additionally, the arguments set forth in National Union's Motion to

11    Dismiss (Doc.'s #11, #12), and Reply Memorandum (Doc. #39) supports the finding

12    that Plaintiff's Complaint fails to allege plausible entitlement to relief

13    Ashcroft v. Iqbal, 129 S. Ct. 1937, 1940, (2009), with respect to any of her claims.  As

14    a result, the Court finds Defendant APWU-AFL-CIO's Motion to Dismiss (Doc.

15    #11) must be granted, without prejudice to allow Plaintiff to file an Amended

16    Complaint and to effect proper service of process with respect to any Amended

17    Complaint filed.

18    Defendant APWU Local #7156 ("Local Union") Motion to Dismiss (Doc.

19    #15) also challenges the effectiveness of Plaintiff's service of process in accord with

20    Rule 4 of the Federal Rules of Civil Procedure.  As with the argument made by

21    National Union, Local Union is correct.  Regardless, the Court also finds for the

22    reasons set forth in Local Union's Motion (Doc.'s #15, #16) and Reply

23    Memorandum (Doc. #38) that Plaintiff has failed to set forth allegations in her

24    Complaint which demonstrate a plausible entitlement to relief.

25    Ashcroft v. Iqbal, 129 S. Ct. 1937, 1940, (2009).  Dismissal is therefore warranted

26    under Federal Rule of Civil Procedure 12(b)(6).

1    Based upon the foregoing, and good cause appearing,

2    **IT IS ORDERED that** Defendant APWU-AFL-CIO's Motion to Dismiss

3  (Doc. #11) is **GRANTED** and that Plaintiff's Complaint is hereby **DISMISSED**

4  without prejudice as to said Defendant.

5    **IT IS FURTHER ORDERED that** Defendant APWU Local #7156's

6  Motion to Dismiss (Doc. #15) is **GRANTED** without prejudice.

7    **IT IS FURTHER ORDERED that** Plaintiff Rosemary Garity shall have

8  an additional 30 days, to and including **November 28, 2011**, within which to file a

9  Proposed Amended Complaint and thereafter to effect proper service on Defendants.

10  Failure to do so will result in a conversion of this Order from dismissal without

11  prejudice to dismissal with prejudice.

12

13  DATED:  October 27, 2011.

14

15  _____
    PHILIP M. PRO

16  United States District Judge

17

18

19

20

21

22

23

24

25

26

3