Richard G. McCracken, SBN 2748
McCRACKEN, STEMERMAN & HOLSBERRY
1630 S. Commerce Street
Las Vegas, NV 89102
Telephone:    (702) 386-5107
FAX:          (702) 386-9848
E-Mail: rmccracken@dcbsf.com

- and –

Anton Hajjar (admitted Pro Hac Vice)
O'DONNELL, SCHWARTZ & ANDERSON, P.C.
1300 L Street, N.W., Suite 1200
Washington, DC 20005
Telephone: (202) 898-1707
FAX: (202) 682-9276
E-Mail: ahajjar@odsalaw.com

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSEMARY GARITY, | CASE No. 2:11-cv-01109-PMP-CWH |
| Plaintiff | |
| vs. | ORDER TO DROP DEFENDANT LOCAL #7156 FROM THIS ACTION AND TO ALLOW WITHDRAWAL OF COUNSEL |
| APWU-AFL-CIO, APWU LOCAL #7156 | |
| Defendants. | |

**ORDER**

In accordance with Rule 21 of the Federal Rules of Civil Procedure, the motion to have Local #7156 dropped as a party defendant is granted. The motion of McCracken Stemerman and Holsberry and O'Donnell Schwarz & Anderson to withdraw as counsel for Local #7156 is granted.

DATE:  July 31, 2012.

_____
UNITED STATES JUDGE

Respectfully submitted:

Richard G. McCracken, SBN 2748
McCRACKEN, STEMERMAN & HOLSBERRY

- and –

Anton Hajjar (Pro Hac Vice)
O'DONNELL, SCHWARTZ & ANDERSON, P.C.


By: ___/s/ Anton Hajjar_____
   Attorneys for Defendants
   APWU-AFL-CIO and APWU Local #7156

CERTIFICATE OF SERVICE

The undersigned certifies that on July 27, 2012, I served the foregoing document described as [PROPOSED] ORDER TO DROP DEFENDANT LOCAL #7156 FROM THIS ACTION AND TO ALLOW WITHDRAWAL OF COUNSEL in this action by sending via first class, postage paid, a true copy thereof, to:

Rosemary Garity
3231 N. Florenza Street
Pahrump, NV 89060

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED: July 27, 2012

                         __/s/ Deborah Trujillo_____
                               Deborah Trujillo, PLS