# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

ROSEMARY GARITY,

        Plaintiff,

vs.

APWU-AFL-CIO,
APWU LOCAL #7156,

        Defendant.

Case No. 2:11-cv-01109-PMP-CWH

**ORDER**

       This matter is before the Court on Plaintiff's Motion to Compel (#89), filed September 7, 2012.

       Plaintiff seeks an order compelling non-parties Al Weyen and Don Buttle to comply with Rule 45 subpoenas. When a non-party subpoena recipient serves objections or fails to respond to a Rule 45 subpoena, the party serving the subpoena may file a motion to compel compliance. The moving party must provide notice of the motion to the person subject to the subpoena. *See* Fed. R. Civ. P. 45(c)(2)(B)(i). There is no indication in Plaintiff's moving papers that notice of this motion was served on the individuals subject to the subpoenas at issues. Accordingly,

       **IT IS HEREBY ORDERED** that Plaintiff's Plaintiff's Motion to Compel (#89) is **denied without prejudice**.

       DATED this 24th day of October, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge