# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROSEMARY GARITY,<br><br>        Plaintiff,<br><br>vs.<br><br>APWU-AFL-CIO,<br>APWU LOCAL #7156,<br><br>        Defendant. | Case No. 2:11-cv-01109-PMP-CWH<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion to Compel (#89), filed September 7, 2012.

Plaintiff seeks an order compelling non-parties Al Weyen and Don Buttle to comply with Rule 45 subpoenas. When a non-party subpoena recipient serves objections or fails to respond to a Rule 45 subpoena, the party serving the subpoena may file a motion to compel compliance. The moving party must provide notice of the motion to the person subject to the subpoena. *See* Fed. R. Civ. P. 45(c)(2)(B)(i). There is no indication in Plaintiff's moving papers that notice of this motion was served on the individuals subject to the subpoenas at issues. Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Plaintiff's Motion to Compel (#89) is **denied without prejudice**.

DATED this 24th day of October, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge

Case 2:11-cv-01109-APG-CWH   Document 102   Filed 10/24/12   Page 2 of 2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2