# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROSEMARY GARITY,  )<br> )<br>          Plaintiff,  )<br> )<br>vs.  )<br> )<br>APWU-AFL-CIO,  )<br>APWU LOCAL #7156,  )<br> )<br>          Defendant.  )<br>_____ ) | Case No. 2:11-cv-01109-PMP-CWH<br><br>**ORDER** |

This matter is before the Court on Plaintiff's Motion for Reconsideration of Order #109 (#114), filed on November 27, 2012.

Plaintiff requests that the Court reconsider its prior order extending the deadline for expert disclosures by sixty days. Plaintiff highlighted that fact that the expert disclosures deadline was set for November 1, 2012 and she provided her expert witness report prior to that deadline. Consequently, she contends that Defendant will receive an advantage by having additional time to provide their expert disclosures.

The Court's prior order #109 noted that Defendant's request for an extension of sixty days of all discovery deadlines did not comply with Local Rule 26-4 because it failed to cite the excusable neglect standard. Nevertheless, the Court granted Defendant's request for an extension of sixty days to some of the discovery deadlines - including the expert disclosure deadline - based on the fact that extensive documentary discovery has been exchanged and Defendant needed time to review the record and take Plaintiff's deposition. The Court finds that Plaintiff did not provide sufficient detail for it to determine that she would be prejudiced by a sixty day extension of the expert disclosure deadline.

Based on the foregoing and good cause appearing therefore,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Reconsideration of Order #109 (#114) is **denied.**

DATED this 28th day of November, 2012.

_____
C.W. Hoffman, Jr.
United States Magistrate Judge