Richard G. McCracken, SBN 2748
McCRACKEN, STEMERMAN & HOLSBERRY
1630 S. Commerce Street
Las Vegas, NV 89102
Telephone:     (702) 386-5107
FAX:            (702) 386-9848
E-Mail: rmccracken@dcbsf.com

- and –

Anton Hajjar (Pro Hac Vice pending)
O'DONNELL, SCHWARTZ & ANDERSON, P.C.
1300 L Street, N.W., Suite 1200
Washington, DC 20005
Telephone: (202) 898-1707
FAX: (202) 682-9276
E-Mail: ahajjar@odsalaw.com

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROSEMARY GARITY,<br><br>           Plaintiff<br><br>    vs.<br><br>APWU-AFL-CIO<br><br>          Defendant. | CASE No. 2:11-cv-01109-PMP-GWF<br><br><br>        ORDER RESCHEDULING HEARING ON DEFENDANT AMERICAN POSTAL WORKERS UNION'S MOTIONS TO DISMISS |

**O R D E R**

The motion of defendant American Postal Workers Union, AFL-CIO is granted. The hearing is rescheduled for January 8, 2013, at 9:00 a.m. in Courtroom 7C.

DATE:   December 18, 2012.

_____

UNITED STATES JUDGE

Respectfully submitted:

Richard G. McCracken, SBN 2748
McCRACKEN, STEMERMAN & HOLSBERRY

- and –

Anton Hajjar (Pro Hac Vice)
O'DONNELL, SCHWARTZ & ANDERSON, P.C.

By:___*/s/ Anton Hajjar*_____
     Attorneys for Defendant
     APWU-AFL-CIO

CERTIFICATE OF SERVICE

The undersigned certifies that on December 18, 2012, I served the foregoing document

described as [PROPOSED] ORDER RESCHEDULING HEARING ON DEFENDANT

AMERICAN POSTAL WORKERS UNION'S MOTIONS TO DISMISS in this action by

sending via first class, postage paid, a true copy thereof, to:


Rosemary Garity
3231 N. Florenza Street
Pahrump, NV 89060


        I declare under penalty of perjury under the laws of the United States of America that

the foregoing is true and correct.

DATED: December 18, 2012

                            _____/s/ Deborah Trujillo_____
                               Deborah Trujillo, PLS