**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| ROSEMARY GARITY, <br><br> Plaintiff, <br><br> vs. <br><br> APWU-AFI-CIO, *et al.*, <br><br> Defendants. | 2:11-cv-01109-APG-CWH <br><br> **ORDER REMOVING CASE FROM THE PRO BONO PROGRAM** |

The case was referred to the Pilot *Pro Bono* Program for the purpose of screening for financial eligibility and identifying counsel willing to be appointed as *pro bono* counsel for Plaintiff Rosemary Garity. (ECF No. 143).

Plaintiff Garity did not pass financial screening.

Accordingly,

IT IS HEREBY ORDERED that Rosemary Garity is removed from the Pilot *Pro Bono* program.

DATED this 7th day of September, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE