# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROSEMARY GARITY, | Case No. 2:11-CV-01109-APG-CWH |
| Plaintiff, | |
| v. | **ORDER GRANTING EXTENSION OF DEADLINE FOR OPPOSITION** |
| APWU-AFI-CIO, *et al.*, | (ECF No. 189) |
| Defendants. | |

Plaintiff Rosemary Garity moves for an extension of the deadline by which she must file an opposition to the defendant's motion for summary judgment. I decline to tie that deadline to Garity's pending motion and objection, as she requests. But I will give her a short extension of the response deadline.

IT IS ORDERED that Plaintiff Rosemary Garity's motion to extend response deadline **(ECF No. 189) is GRANTED IN PART**. Garity's opposition to the pending motion for summary judgment is due by August 25, 2017.

DATED this 15th day of August, 2017.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE