**THE URBAN LAW FIRM**
Michael A. Urban, Nevada Bar No. 3875
Sean W. McDonald, Nevada Bar No. 12817
4270 South Decatur Blvd., Suite A-9
Las Vegas, NV 89103
T: (702) 968-8087; F: (702) 968-8088
murban@theurbanlawfirm.com
smcdonald@theurbanlawfirm.com
*Counsel for Defendant APWU-AFL-CIO*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROSEMARY GARITY,<br><br>Plaintiff,<br><br>vs.<br><br>APWU-AFL-CIO, et al.,<br><br>Defendants. | Case No. 2:11-cv-01109-APG-CWH<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE REPLY IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(First Request)** |

Defendant AMERICAN POSTAL WORKERS UNION, AFL-CIO, by and through its counsel of record, The Urban Law Firm, and Rosemary Garity, in proper person, hereby submit this Stipulation for Extension of Time to File Reply in Support of Defendant's Motion for Summary Judgment, in accordance with LR IA 6-1.

The current deadline for the Defendant to respond is September 7, 2017. Plaintiff's Opposition to the Motion for Summary Judgment (together with the exhibits attached thereto) is 6,372 pages. *See* ECF No. 197. Due to its voluminous length, Defendant has requested from Plaintiff an extension of time to file its reply brief. Accordingly, the parties agree that the deadline to file Defendant's Reply in Support of its Motion for Summary Judgment will be **September 21, 2017**. This stipulation is made in good faith and not for purposes of delay.

/ / /

       IT IS SO ORDERED.
       Dated: September 7, 2017

/ / /

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

/ / /

1

| | |
|---|---|
| Dated: September 6, 2017 | **THE URBAN LAW FIRM**<br><br>*/s/ Sean W. McDonald*<br>Michael A. Urban, Nevada Bar No. 3875<br>Sean W. McDonald, Nevada Bar No. 12817<br>4270 South Decatur Blvd., Suite A-9<br>Las Vegas, NV 89103<br>T: (702) 968-8087; F: (702) 968-8088<br>murban@theurbanlawfirm.com<br>smcdonald@theurbanlawfirm.com<br>**Counsel for Defendant APWU-AFL-CIO** |
| Dated: September 6, 2017 | **ROSEMARY GARITY**<br><br>*/s/ Rosemary Garity*<br>Rosemary Garity<br>3231 N. Florenza St.<br>Pahrump, NV 89060<br>T: 775-253-6127<br>geritz1@outlook.com |

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

Dated: _____

102091

2