UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROSEMARY GARITY,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>APWU-AFI-CIO, *et al.*,<br><br>　　　　　Defendants. | Case No. 2:11-cv-01109-APG-CWH<br><br>**ORDER DENYING OBJECTION TO MAGISTRATE JUDGE'S DECISION**<br><br>(ECF No. 187) |

Plaintiff Rosemary Garity objects to Magistrate Judge Hoffman's denial of her motion for sanctions. ECF Nos. 186, 187. I have reviewed the Objection, Judge Hoffman's decision, and the related papers. Judge Hoffman's decision is not "clearly erroneous or contrary to law." Local Rule IB 3-1(a).

IT IS THEREFORE ORDERED that Magistrate Judge Hoffman's decision is affirmed in its entirety, and the plaintiff's Objection **(ECF No. 187) is denied.**

DATED this 8th day of September, 2017.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE